UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAFIN SANTANA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　Respondent. | Case No. 5:19-cv-00253-R-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge (Dkt. 23). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 20) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition as untimely.

DATED: May 20, 2019

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE