JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAFIN SANTANA,<br>    Petitioner,<br>    v.<br>RICK HILL, Warden,<br>    Respondent. | Case No. 5:19-cv-00253-R-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Amended Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as untimely.

DATED: May 20, 2019

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE